UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHANDAR A. SNOW,

    Petitioner,

v.                                                         Case No. 12-14357

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER DENYING AS MOOT PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

    Petitioner Chandar Snow applies to proceed *in forma pauperis* on appeal. However, on March 14, 2013, the court of appeals dismissed Petitioner's appeal for lack of jurisdiction. No. 13-1084 (6th Cir.). There no longer exists an appeal of this action in which Petitioner can proceed *in forma pauperis*. Accordingly,

    IT IS ORDERED that Petitioner's application to proceed *in forma pauperis* on appeal [Dkt. # 7] is DENIED AS MOOT.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: March 20, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2013, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk

(313) 234-5522